CLOSED

# U.S. District Court
## Southern District of Georgia (Brunswick)
### CRIMINAL DOCKET FOR CASE #: 2:19-mj-00028-BWC All Defendants
### Internal Use Only

Case title: USA v. Fisher

Date Filed: 11/06/2019
Date Terminated: 11/08/2019

Assigned to: Magistrate Judge Benjamin W. Cheesbro

**Defendant (1)**

**Philip Fisher**  represented by  **Theresa Davis Beaton**
*TERMINATED: 11/08/2019*            Roberts Tate, LLC
                                    2487 Demere Rd, Suite 400
                                    P O Box 21828
                                    Saint Simons Island, GA 31522
                                    912-638-5200
                                    Fax: 912-638-5300
                                    Email: tbeaton@robertstate.com
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*
                                    *Designation: CJA Appointment*

**Pending Counts**                  **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**               **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                      **Disposition**
None

*ATTEST: A TRUE COPY* [seal with Deputy Clerk signature, Nov. 8, 2019]

**Plaintiff**

USA            represented by    **Karl Irving Knoche**
U.S. Attorney's Office - Savannah
P.O. Box 8970
22 Barnard Street, Suite 300
Savannah, GA 31401
912-652-4422
Fax: 912-652-4388
Email: karl.knoche@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/06/2019 | 1 | Rule 5(c)(3) Documents Received as to Philip Fisher. (csr) (Entered: 11/06/2019) |
| 11/06/2019 | | (Court only) ***Staff Notes as to Philip Fisher: 1 Documents emailed to AUSA Knoche. (csr) (Entered: 11/06/2019) |
| 11/07/2019 | | Attorney update in case as to Philip Fisher. Attorney Theresa Davis Beaton for Philip Fisher added. (km) (Entered: 11/07/2019) |
| 11/07/2019 | 2 | TEXT ORDER for Appointment of Attorney as to Philip Fisher. Theresa Davis Beaton is appointed to serve as attorney for Defendant Philip Fisher in this case. Signed by Magistrate Judge Benjamin W. Cheesbro on 11/7/2019. (km) (Entered: 11/07/2019) |
| 11/07/2019 | | NOTICE OF HEARING as to Philip Fisher. Initial Appearance - Rule 40 set for 11/7/2019 02:00 PM in Brunswick - Courtroom No. 1 - before Magistrate Judge Benjamin W. Cheesbro. (km) (Entered: 11/07/2019) |
| 11/07/2019 | | Case unsealed as to Philip Fisher. (ca) (Entered: 11/07/2019) |
| 11/07/2019 | | (Court only) ***Staff Notes as to Philip Fisher: Case unsealed pursuant to direction from CRDC with confirmation from the AUSA. (ca) (Entered: 11/07/2019) |
| 11/07/2019 | 3 | Minute Entry for proceedings held before Magistrate Judge Benjamin W. Cheesbro: Initial Appearance-Transfer Out of District as to Philip Fisher held on 11/7/2019. Defendant waived right to identity hearing, preliminary hearing and detention hearing in this district. Defendant requests preliminary hearing and detention hearing be held in the Middle District of Florida. Defendant remanded to custody of USMS pending transfer to Middle District of Florida. (km) (Tape #FTR-BWK-CR1.) (km) (Entered: 11/07/2019) |
| 11/07/2019 | 4 | CJA 23 Financial Affidavit by Philip Fisher. (km) (Entered: 11/07/2019) |
| 11/07/2019 | 5 | |

| | | |
|---|---|---|
| | | WAIVER of Rule 5(c)(3) Hearing by Philip Fisher. (csr) (Entered: 11/07/2019) |
| 11/08/2019 | 6 | ORDER as to Philip Fisher directing the United States Marshal to immediately transport Philip Fisher, together with a copy of this Order, to the Middle District of Florida. The Clerk is directed to transmit the documents in this case to the Middle District of Florida, Orlando Division. Signed by Magistrate Judge Benjamin W. Cheesbro on 11/8/19. (slt) (Entered: 11/08/2019) |
| 11/08/2019 | 7 | COMMITMENT TO ANOTHER DISTRICT as to Philip Fisher. Defendant committed to District of Middle District of Florida, Orlando Division. Signed by Magistrate Judge Benjamin W. Cheesbro on 11/8/19. (slt) (Entered: 11/08/2019) |
| 11/08/2019 | 🔒 | (Court only) ***Terminated defendant Philip Fisher. TERMINATE CASE (slt) (Entered: 11/08/2019) |

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 219-mj-28 |
| ) | |
| PHILIP FISHER ) | Charging District's Case No. 6:19-mj-1796 |
| *Defendant* ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* __U.S. District Court, MDFL__ Using interstate commerce facilities in the commission of a murder-for-hire, and transmitting threatening communic.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☒ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: __11/07/2019__

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

__Theresa Beaton__
*Printed name of defendant's attorney*

AO 94 (Rev. 06/09) Commitment to Another District

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
Scott L. Poff, Clerk
United States District Court
By staylor at 10:06 am, Nov 08, 2019

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v. | : CASE NO. 2:19-mj-28<br>:<br>: |
| PHILIP FISHER,<br>*Defendant* | : Charging District's Case No.<br>: 6:19-mj-1796 (Middle District of Florida) |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Middle District of Florida, Orlando Division. The defendant may need an interpreter for this language: _____(*not applicable*)_____.

The defendant:
           will retain an attorney.

   X   is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The Marshal or officer in the charging district should immediately notify the United States Attorney and the Clerk of Court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The Clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: November 8, 2019

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRAGE JUDGE
SOUTHERN DISTRICT OF GEORGIA