# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION



FILED
Scott L. Poff, Clerk
United States District Court
By staylor at 10:00 am, Nov 08, 2019

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 2:19-mj-28 |
| PHILIP FISHER, | |
| Defendant. | |

## ORDER

On November 4, 2019, the United States District Court for the Middle District of Florida, issued a warrant for the arrest of Philip Fisher for Using Interstate Commerce Facilities in the Commission of a Murder-for hire, in violation of 18 U.S.C. § 1958, and Transmitting threatening communication in interstate commerce, in violation of 18 U.S.C. § 875 (c) in the case of United States of America v. Philip Fisher, Case No. 6:19-mj-1796. Mr. Fisher appeared before the undersigned on November 7, 2019 for his Initial Appearance on Rule 40 Transfer Out. Mr. Fisher was represented by counsel at that hearing. Mr. Fisher executed an AO466A Waiver of Rule 5 & 5.1 Hearings form, waiving his right to an identity hearing, preliminary hearing and detention hearing in this District. However, Mr. Fisher requests that his preliminary hearing and detention hearing take place in the Middle District of Florida. After hearing from the Government and the Defense in regard to Mr. Fisher, it was ordered that Defendant be detained pending the transfer to the Middle District of Florida, Orlando Division.

**IT IS ORDERED:** The United States Marshal immediately transport Philip Fisher, together with a copy of this Order, to the Middle District of Florida, and deliver the Defendant to the United States Marshal for that district, or to another officer authorized to receive Philip

Fisher. The marshal or officer in the Middle District of Florida should immediately notify the United States Attorney and the Clerk of Court for that district of Philip Fisher's arrival.

The Clerk of this district must promptly transmit the documents in this case to the Middle District of Florida, Orlando Division.

**SO ORDERED** this 8th day of November, 2019.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA